**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-31302 / 9900162175

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Alejandra Barajas<br><br><br>Debtor. | No. 2:09-BK-28083-RJH<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

U.S. Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 26th day of January, 2010.

                                           Respectfully submitted,

                                           TIFFANY & BOSCO, P.A.

                                           BY  /s/ MSB # 010167
                                                      Mark S. Bosco
                                                      Leonard J. McDonald
                                                      Attorneys for Movant

Copy of the foregoing was
mailed this 26th day of January, 2010

Alejandra Barajas
1747 W. Wier Avenue
Chandler, AZ  85225
Debtor

Marueen Gaughan
P.O. Box 6729
Chandler, AZ  85246-6729
Trustee

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By:  <u>Ismael G. Solano</u>

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-31302/9900162175

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-BK-28083-RJH |
| Alejandra Barajas | Chapter 7 |
| Debtor. | ORDER |
| U.S. Bank, N.A. | |
| Movant, | (Related to Docket #20) |
| vs. | |
| Alejandra Barajas, Debtor, Marueen Gaughan, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated September 14, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, N.A. is the current beneficiary and Alejandra Barajas has an interest in, further described as:

    LOT 93, SOUTHGATE, ACCORDING TO BOOK 583 OF MAPS, PAGE 44, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010

_____
JUDGE OF THE U.S. BANKRUPTCY COURT