# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31302

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alejandra Barajas<br>      Debtor.<br>────────────────────────<br>U.S. Bank, N.A.<br>      Movant,<br>  vs.<br><br>Alejandra Barajas, Debtor; Marueen Gaughan, Trustee.<br><br>      Respondents. | No. 2:09-bk-28083-RJH<br><br>Chapter 7<br><br>AMENDED NOTICE OF FILING MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>     1532 W. Burgess Ln.<br>     Phoenix, AZ 85041 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.
///

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

      U.S. Bank, N.A.
      c/o Mark S. Bosco, Esq.
      2525 East Camelback Road, Suite 300
      Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 2nd day of March, 2010.

                                          TIFFANY & BOSCO, P.A.

                                          By /s/ MSB # 010167
                                               Mark S. Bosco
                                               Leonard J. McDonald
                                               Attorneys for Movant

Copy of the foregoing was
mailed on March 2, 2010, to:

Alejandra Barajas
1747 W. Wier Avenue
Phoenix, AZ 85225
Debtor

Marueen Gaughan
P.O. Box 6729
Chandler, AZ 85246-6729
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Ismael G. Solano